IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARCO BULLOCK, | : |
| Petitioner, | : CIVIL ACTION |
| v. | : NO. 16-4878 |
| TAMMY FERGUSON, et. al. | : |
| Respondents. | : |

## ORDER

This 15th day of March, 2021, following careful and independent consideration of the Petition for Writ of Habeas Corpus (ECF No. 1), Petitioner's Amended Claim (ECF No. 21), the Response in Opposition (ECF No. 26), Petitioner's Reply to the Response (ECF No. 29, the Report and Recommendation ("R&R") of United States Magistrate Judge Henry S. Perkin dated October 30, 2020, and Petitioner's objections, (ECF No. 38),

It is hereby **ORDERED** that:

1. The Report and Recommendation of Magistrate Judge Henry S. Perkin is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of Habeas Corpus is **DENIED**;

3. No certificate of appealability shall issue under 28 U.S.C. § 2253(c)(1)(A).

BY THE COURT:

/s/Gerald Austin McHugh
United States District Judge